**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 10-57218-JPC
        §
GIANG TUNG NGO  §
JENNY HOA QUE LAM  §
        §
        Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 02/09/2012, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/10/2012          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57218-JPC |
| | § | |
| GIANG TUNG NGO | § | |
| JENNY HOA QUE LAM | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $8,022.23
*and approved disbursements of* $90.05
*leaving a balance on hand of[1]:* $7,932.18

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $7,932.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,548.92 | $0.00 | $1,548.92 |
| David P. Leibowitz, Trustee Expenses | $41.92 | $0.00 | $41.92 |
| Lakelaw, Attorney for Trustee Fees | $1,360.00 | $0.00 | $1,360.00 |
| Lakelaw, Attorney for Trustee Expenses | $17.16 | $0.00 | $17.16 |

Total to be paid for chapter 7 administrative expenses: $2,968.00
Remaining balance: $4,964.18

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,964.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $4,964.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,664.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $3,326.95 | $0.00 | $378.23 |
| 2 | TARGET NATIONAL BANK | $655.36 | $0.00 | $74.51 |
| 3 | Chase Bank USA, N.A. | $5,951.18 | $0.00 | $676.58 |
| 4 | Chase Bank USA, N.A. | $3,663.39 | $0.00 | $416.49 |
| 5 | Chase Bank USA, N.A. | $9,397.19 | $0.00 | $1,068.36 |
| 6 | American Express Centurion Bank | $1,588.02 | $0.00 | $180.54 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $716.00 | $0.00 | $81.40 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $18,366.50 | $0.00 | $2,088.07 |

Total to be paid to timely general unsecured claims:     $4,964.18
Remaining balance:     $0.00

**UST-Form 101-7-NFR (5/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                   Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-57218-JPC
Giang Tung Ngo                                                        Chapter 7
Jenny Hoa Que Lam
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: preed            Page 1 of 3          Date Rcvd: Jan 11, 2012
                              Form ID: pdf006        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
```
db/jdb     +Giang Tung Ngo,   Jenny Hoa Que Lam,   5916 N. Rockwell Street,   Chicago, IL 60659-4003
16625452   +AT&T Universal Card (Citibank),   Processing Center,   Des Moines, IA 50363-0001
16625451    American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
17010353    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16684525    BAC Home Loans Servicing, LP,   PO Box 650070,   Dallas, TX 75265-0070
16625473   +BLATT HASENMILLER F L,   125 S WACKER DR #400,   CHICAGO IL 60606-4440
16684524    Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
16625449   +Bank of America,   PO Box 5070,   Simi Valley, CA 93062-5070
16923275    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16625450   +Chase Home Equity,   PO Box 24714,   Columbus, OH 43224-0714
16625453    Children's Memorial Hospital,   PO Box 4066,   Carol Stream, IL 60197-4066
16625454    Children's Memorial Medical GR,   PO Box 4254,   Carol Stream, IL 60197-4254
16625455   +Citibank,   Processing Center,   Des Moines, IA 50363-0001
16625456    Diagnostic Radiology Specialists,   Dept 4062,   Carol Stream, IL 60122-0001
16625458   +Fullerton Kimball Medical Group,   PO Box 478499,   Chicago, IL 60647-8499
16625459   +HSBC Bank Nevada,   PO Box 98735,   Las Vegas, NV 89193-8735
16625460    JP Morgan Chase,   Card Member Service,   PO Box 15153,   Wilmington, DE 19886-5153
17535591   +Kawasaki/HSBC Bank Nevada,   P O BOX 98735,   Las Vegas NV 89193-8735
16625462   +LX Health Advocate Center,   5137 N. Broadway,   Chicago, IL 60640-3009
16625463   +LX Heart Advocate Center,   5137 N. Broadway,   Chicago, IL 60640-3009
16625464    Macy's Card,   PO Box 689195,   Des Moines, IA 50368-9195
16625465    Macy's Card,   PO Box 183084,   Columbus, OH 43218-3084
16626434   +Michael Polk,   Freedman Anselmo Lindberg LLC,   PO Box 3228,   Naperville, IL 60566-3228
16625466   +Palisades Collection, LLC,   PO Box 1244,   Englewood Cliffs, NJ 07632-0244
16625467    Pediatric Faculty Foundation Inc,   PO Box 4051,   Carol Stream, IL 60197-4051
16625468    SCH Laboratory Physicians,   Dept 4353,   Carol Stream, IL 60122-4353
16625469   +Shell,   PO Box 183018,   Columbus, OH 43218-3018
16625470    Swedish Covenant Hospital,   3732 Paysphere Circle,   Chicago, IL 60674-0057
16860403   +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16625471   #+Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
16625472  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790408,   Saint Louis, MO 63179-0408)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16625457   +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2012 03:04:08   Discover,   PO Box 6103,
             Carol Stream, IL 60197-6103
16854805    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2012 03:04:08   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17156295   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 12 2012 01:24:36
             PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16860403   +E-mail/Text: bncmail@w-legal.com Jan 12 2012 01:43:28   TARGET NATIONAL BANK,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 4
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16625461*     JP Morgan Chase,   Card Member Service,   PO Box 15153,   Wilmington, DE 19886-5153
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: preed              Page 2 of 3           Date Rcvd: Jan 11, 2012
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: preed              Page 3 of 3              Date Rcvd: Jan 11, 2012
                              Form ID: pdf006          Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2012 at the address(es) listed below:
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Douglas K. Morrison   on behalf of Debtor Giang Ngo dkmorrison@morrisonandmix.com
          Jose G Moreno   on behalf of Creditor  BAC Home Loans Servicing, L.P. nd-one@il.cslegal.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 4