UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-57218-JPC |
| | § | |
| GIANG TUNG NGO | § | |
| JENNY HOA QUE LAM | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $240,095.00 | Assets Exempt: | $43,300.00 |
| Total Distributions to Claimants: | $4,964.18 | Claims Discharged Without Payment: | $145,330.57 |
| Total Expenses of Administration: | $3,024.99 | | |

3) Total gross receipts of $8,022.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $33.06 (see **Exhibit 2),** yielded net receipts of $7,989.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $255,556.83 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,024.99 | $3,024.99 | $3,024.99 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $149,484.07 | $43,664.59 | $43,664.59 | $4,964.18 |
| **Total Disbursements** | $405,040.90 | $46,689.58 | $46,689.58 | $7,989.17 |

4). This case was originally filed under chapter 7 on 12/29/2010. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2012     By: /s/ David P. Leibowitz
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement on equity for Debtor's Assets listed on Schedule B | 1129-000 | $4,000.00 |
| 2010 Federal Tax Refund | 1224-000 | $4,022.00 |
| Interest Earned | 1270-000 | $0.23 |
| **TOTAL GROSS RECEIPTS** | | **$8,022.23** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Giang Tung Ngo & Jenny Hoa Que Lam | Exemptions | 8100-002 | $33.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$33.06** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $112,424.40 | NA | $0.00 | $0.00 |
| | Chase Home Equity | 4110-000 | $143,132.43 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$255,556.83** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,548.92 | $1,548.92 | $1,548.92 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $41.92 | $41.92 | $41.92 |
| Green Bank | 2600-000 | NA | $56.99 | $56.99 | $56.99 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,360.00 | $1,360.00 | $1,360.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $17.16 | $17.16 | $17.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,024.99** | **$3,024.99** | **$3,024.99** |

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $3,400.00 | $3,326.95 | $3,326.95 | $378.23 |
| 2 | TARGET NATIONAL BANK | 7100-900 | $562.25 | $655.36 | $655.36 | $74.51 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $5,951.18 | $5,951.18 | $5,951.18 | $676.58 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $3,406.61 | $3,663.39 | $3,663.39 | $416.49 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $8,788.17 | $9,397.19 | $9,397.19 | $1,068.36 |
| 6 | American Express Centurion Bank | 7100-900 | $1,900.00 | $1,588.02 | $1,588.02 | $180.54 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $509.20 | $716.00 | $716.00 | $81.40 |
| 8 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $18,336.50 | $18,366.50 | $18,366.50 | $2,088.07 |
|  | AT&T Universal Card (Citibank) | 7100-000 | $18,336.50 | NA | NA | $0.00 |
|  | Children's Memorial Hospital | 7100-000 | $3,000.00 | NA | NA | $0.00 |
|  | Children's Memorial Medical GR | 7100-000 | $50.00 | NA | NA | $0.00 |
|  | Diagnostic Radiology Specialists | 7100-000 | $50.00 | NA | NA | $0.00 |
|  | Fullerton Kimball Medical Group | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | HSBC Bank Nevada | 7100-000 | $6,008.49 | NA | NA | $0.00 |
|  | JP Morgan Chase | 7100-000 | $10,410.79 | NA | NA | $0.00 |
|  | JP Morgan Chase | 7100-000 | $845.76 | NA | NA | $0.00 |
|  | JP Morgan Chase | 7100-000 | $11,928.47 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| JP Morgan Chase | 7100-000 | $7,947.06 | NA | NA | $0.00 |
| JP Morgan Chase | 7100-000 | $6,312.00 | NA | NA | $0.00 |
| LX Health Advocate Center | 7100-000 | $362.25 | NA | NA | $0.00 |
| LX Heart Advocate Center | 7100-000 | $483.05 | NA | NA | $0.00 |
| Macy's Card | 7100-000 | $1,026.00 | NA | NA | $0.00 |
| Macy's Card | 7100-000 | $8,068.00 | NA | NA | $0.00 |
| Palisades Collection, LLC | 7100-000 | $7,973.97 | NA | NA | $0.00 |
| Palisades Collection, LLC | 7100-000 | $10,444.58 | NA | NA | $0.00 |
| Pediatric Faculty Foundation Inc | 7100-000 | $400.00 | NA | NA | $0.00 |
| SCH Laboratory Physicians | 7100-000 | $50.00 | NA | NA | $0.00 |
| Shell | 7100-000 | $46.21 | NA | NA | $0.00 |
| Swedish Covenant Hospital | 7100-000 | $100.00 | NA | NA | $0.00 |
| Target National Bank | 7100-000 | $6,249.84 | NA | NA | $0.00 |
| US Bank | 7100-000 | $6,537.19 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $149,484.07 | $43,664.59 | $43,664.59 | $4,964.18 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 10-57218-JPC | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | NGO, GIANG TUNG AND QUE LAM, JENNY HOA | | **Date Filed (f) or Converted (c):** | | 12/29/2010 (f) |
| **For the Period Ending:** | 5/14/2012 | | **§341(a) Meeting Date:** | | 02/15/2011 |
| | | | **Claims Bar Date:** | | 05/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 5916 N. Rockwell Street, Chicago IL 60659 | $259,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash | $25.00 | $0.00 | DA | $0.00 | FA |
| 3 | Checking account at Bridgeview Bank | $700.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking account at Chase Bank | $200.00 | $0.00 | DA | $0.00 | FA |
| 5 | Misc. furnishings | $3,000.00 | $1,000.00 | DA | $0.00 | FA |
| 6 | Misc. clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | 401(k) through employer (cannot be drawn) | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | Roth IRA | $0.00 | $0.00 | DA | $0.00 | FA |
| 9 | 2005 Honda Odyssey | $10,000.00 | $2,525.00 | DA | $0.00 | FA |
| 10 | 1998 Toyota Camry | $2,970.00 | $570.00 | DA | $0.00 | FA |
| 11 | 2008 Kawaski Motorcycle (1400 c.c.) | $7,000.00 | $7,000.00 | DA | $0.00 | FA |
| 12 | 2010 Federal Tax Refund    (u) | $0.00 | $4,022.00 | DA | $4,022.00 | FA |
| 13 | Settlement on equity for Debtor's Assets listed on Schedule B | $0.00 | $4,000.00 | DA | $4,000.00 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | DA | $0.23 | FA |

**TOTALS (Excluding unknown value)**             **Gross Value of Remaining Assets**

                     $283,395.00           $19,117.00                             $8,022.23         $0.00

**Major Activities affecting case closing:**

Debtor to try to pay equty in 2006 Hyndai.  Vehicle worth 12k.. DA must amend exemption, get Carmax appraisal on vehicle debtor to either pay estate or we will sell then we will pay them there exemption.  Give two weeks to figure out.  Do tax intercept

TFR completed.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 10-57218-JPC | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | NGO, GIANG TUNG AND QUE LAM, JENNY HOA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******2808 | **Checking Acct #:** | ******1801 |
| **Co-Debtor Taxpayer ID #:** | ******2809 | **Account Title:** | DDA |
| **For Period Beginning:** | 12/29/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/14/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $3,989.17 | | $3,989.17 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.25 | $3,987.92 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.60 | $3,982.32 |
| 08/02/2011 | (13) | Jennyhoa Q Lam / Giang T Ngo | | 1129-000 | $4,000.00 | | $7,982.32 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.46 | $7,969.86 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.27 | $7,956.59 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.01 | $7,944.58 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $12.40 | $7,932.18 |
| 02/09/2012 | 5001 | Lakelaw | Claim #: ; Amount Claimed: 1,360.00; Amount Allowed: 1,360.00; Distribution Dividend: 100.00; | 3110-000 | | $1,360.00 | $6,572.18 |
| 02/09/2012 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 17.16; Amount Allowed: 17.16; Distribution Dividend: 100.00; | 3120-000 | | $17.16 | $6,555.02 |
| 02/09/2012 | 5003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $41.92 | $6,513.10 |
| 02/09/2012 | 5004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,548.92 | $4,964.18 |
| 02/09/2012 | 5005 | Discover Bank | Claim #: 1; Amount Claimed: 3,326.95; Amount Allowed: 3,326.95; Distribution Dividend: 11.37; | 7100-900 | | $378.23 | $4,585.95 |
| 02/09/2012 | 5006 | TARGET NATIONAL BANK | Claim #: 2; Amount Claimed: 655.36; Amount Allowed: 655.36; Distribution Dividend: 11.37; | 7100-900 | | $74.51 | $4,511.44 |
| 02/09/2012 | 5007 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 5,951.18; Amount Allowed: 5,951.18; Distribution Dividend: 11.37; | 7100-900 | | $676.58 | $3,834.86 |
| 02/09/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 3,663.39; Amount Allowed: 3,663.39; Distribution Dividend: 11.37; | 7100-900 | | $416.49 | $3,418.37 |
| 02/09/2012 | 5009 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 9,397.19; Amount Allowed: 9,397.19; Distribution Dividend: 11.37; | 7100-900 | | $1,068.36 | $2,350.01 |
| 02/09/2012 | 5010 | American Express Centurion Bank | Claim #: 6; Amount Claimed: 1,588.02; Amount Allowed: 1,588.02; Distribution Dividend: 11.37; | 7100-900 | | $180.54 | $2,169.47 |
| 02/09/2012 | 5011 | PYOD LLC its successors and assigns as assignee of | Claim #: 7; Amount Claimed: 716.00; Amount Allowed: 716.00; Distribution Dividend: 11.37; | 7100-900 | | $81.40 | $2,088.07 |
| 02/09/2012 | 5012 | PYOD LLC its successors and assigns as assignee of | Claim #: 8; Amount Claimed: 18,366.50; Amount Allowed: 18,366.50; Distribution Dividend: 11.37; | 7100-900 | | $2,088.07 | $0.00 |

**SUBTOTALS**     $7,989.17     $7,989.17

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 10-57218-JPC | | Trustee Name: | David Leibowitz |
| Case Name: | NGO, GIANG TUNG AND QUE LAM, JENNY HOA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2808 | | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | ******2809 | | Account Title: | DDA |
| For Period Beginning: | 12/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $7,989.17 | $7,989.17 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,989.17 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $7,989.17 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $7,989.17 | |

**For the period of 12/29/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $3,989.17 |
| | |
| Total Compensable Disbursements: | $7,989.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,989.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $3,989.17 |
| | |
| Total Compensable Disbursements: | $7,989.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,989.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-57218-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | NGO, GIANG TUNG AND QUE LAM, JENNY HOA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2808 | | Money Market Acct #: | ******7218 |
| Co-Debtor Taxpayer ID #: | ******2809 | | Account Title: | |
| For Period Beginning: | 12/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2011 | (12) | United States Treasury | | 1224-000 | $4,022.00 | | $4,022.00 |
| 05/23/2011 | 1001 | Giang Tung Ngo & Jenny Hoa Que Lam | Entitled portion of tax refund. | 8100-002 | | $33.06 | $3,988.94 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.08 | | $3,989.02 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.15 | | $3,989.17 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,989.17 | $0.00 |
| | | | **TOTALS:** | | $4,022.23 | $4,022.23 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,989.17 | |
| | | | **Subtotal** | | $4,022.23 | $33.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $33.06 | |
| | | | **Net** | | $4,022.23 | $0.00 | |

**For the period of 12/29/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,022.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,022.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $33.06 |
| Total Comp/Non Comp Disbursements: | $33.06 |
| Total Internal/Transfer Disbursements: | $3,989.17 |

**For the entire history of the account between 05/16/2011 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,022.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,022.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $33.06 |
| Total Comp/Non Comp Disbursements: | $33.06 |
| Total Internal/Transfer Disbursements: | $3,989.17 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-57218-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | NGO, GIANG TUNG AND QUE LAM, JENNY HOA | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******2808 | **Money Market Acct #:** ******7218 |
| **Co-Debtor Taxpayer ID #:** | ******2809 | **Account Title:** |
| **For Period Beginning:** | 12/29/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/14/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,022.23 | $8,022.23 | $0.00 |

**For the period of 12/29/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,022.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,022.23 |
| Total Internal/Transfer Receipts: | $3,989.17 |
| Total Compensable Disbursements: | $7,989.17 |
| Total Non-Compensable Disbursements: | $33.06 |
| Total Comp/Non Comp Disbursements: | $8,022.23 |
| Total Internal/Transfer Disbursements: | $3,989.17 |

**For the entire history of the case between 12/29/2010 to 5/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $8,022.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,022.23 |
| Total Internal/Transfer Receipts: | $3,989.17 |
| Total Compensable Disbursements: | $7,989.17 |
| Total Non-Compensable Disbursements: | $33.06 |
| Total Comp/Non Comp Disbursements: | $8,022.23 |
| Total Internal/Transfer Disbursements: | $3,989.17 |